IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,

    Plaintiffs,

v.

MIKE NELSON COMPANY, INC.,

    Defendant.
_____/

No. C 05-3022 SBA

**ORDER**

[Docket No. 22]

    This matter comes before the Court on Magistrate Judge Chen's Report and Recommendation re Amount of Damages on Default Judgment [Docket No. 22]. None of the parties to the instant action has filed any objections to the report.

    Having considered the report, and the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate Judge Chen's Report and Recommendation re Amount of Damages on Default Judgment.

    Accordingly,

    IT IS HEREBY ORDERED THAT Magistrate Judge Chen's Report and Recommendation re Amount of Damages on Default Judgment [Docket No. 22] is ADOPTED IN ITS ENTIRETY.

    IT IS FURTHER ORDERED THAT judgment shall be entered in favor of Plaintiffs and against Defendant Mike Nelson Co., Inc. in the amount of $110,998.32, which amount is comprised of the following:

    (a)    Unpaid contributions in the amount of $87,699.37;

    (b)    Liquidated damages in the amount of $10,431.53;

    (c)    Interest in the amount of $3,995.42;

    (d)    Attorney's fees in the amount of $8,537.00;

  (e) Costs of suit incurred herein in the amount of $325.00.

A separate judgment shall be issued forthwith.

IT IS SO ORDERED.

Dated: 4/14/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2